No. 44806.—Protests 894178–G, etc., of S. H. Kress & Co. (Los Angeles and San Francisco).

Opinion by DALLINGER, J. It was stipulated that the articles in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 44807.—Protest 945166–G of American Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel tape measures similar to those the subject of Abstract 43372, savings banks like those passed upon in Abstract 38680, and paperweights similar to the merchandise the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339.

No. 44808.—Protest 970920–G of Levin Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 38680 and 43372 the needle threaders and tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 44809.—Protest 933558–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 38680 and 43372 the needle threaders and tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 44810.—Protests 925180–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the paperweights in question are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and the tape measures are like those passed upon in Abstract 43372. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 44811.—Protest 978182–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.